IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**NICOLE D. SYAS,**                                 3:10-CV-6391-HU

      **Plaintiff,**

                                                                          **ORDER**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


**D. JAMES TREE**
3711 Englewood Avenue
Yakima, WA 98902
(509) 452-1700

**MARK A. MANNING**
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, OR 97401
(541) 686-1969

      Attorneys for Plaintiff

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


1  -  ORDER

**DAVID MORADO**
Regional Chief Counsel
**JEFFREY R. MCCLAIN**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2732

        Attorneys for Defendant

**BROWN, Judge.**

This matter comes before the Court on Findings and Recommendation (#28) issued by Magistrate Judge Dennis J. Hubel in which he recommends the Court grant in part and deny in part Plaintiff Nicole D. Syas's Motion (#23) for Attorney Fees in which she seeks $6,378.32 in attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Specifically, the Magistrate Judge recommends the Court award Plaintiff $5,061.54 in attorneys' fees.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#28) and, accordingly, **GRANTS in part** and **DENIES in part** Plaintiff's Motion (#23) for Attorney Fees and **awards** Plaintiff attorneys' fees in the amount of **$5,061.54**.

IT IS SO ORDERED.

DATED this 31st day of July, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3  -  ORDER